1  **LAWRENCE J. KING (CSB #120805)**
   **6 "C" STREET**
2  **PETALUMA, CA 94952**
   **PHONE: (707) 769-9791**
3  **FAX:    (707) 769-9253**

4  **ATTORNEY FOR PLAINTIFF**
   **KARUNA ANAND, M.D.**

5

6              **THE UNITED STATES DISTRICT COURT**

7         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8                   **SACRAMENTO DIVISION**

9

10  **KARUNA ANAND, M.D.,**          S   **CASE NO.  C-04-1575 LKK/GGH**
                                      S
11           **Plaintiff,**          S
                                      S
12           **vs.**                 S   **[PROPOSED]**
                                      S
13  **CALIFORNIA  DEPARTMENT  OF**   S   **ORDER SUBSTITUTING COUNSEL,**
    **DEVELOPMENTAL SERVICES, et al.,**  S  **EXTENDING  THE  TIME  TO  SERVE**
14                                    S   **DEFENDANTS    AND    VACATING**
                                      S   **ORDER TO SHOW CAUSE.**
15           **Defendants.**         S
                                      S
16  _____  S

17

18       It is hereby ordered that:

19       The Law Offices of Lawrence J. King shall be substituted as counsel for *pro se* Plaintiff

20  Karuna Anand, M.D. and the April 13, 2005 order to show cause why this case should not be

21  dismissed for failure to timely serve the defendants herein shall be vacated.   Plaintiff shall serve

22  defendants with the summons and complaint within sixty days of the date of this order.

23

24       **IT IS SO ORDERED.**

25       Dated: 5/3/05                        /s/ Gregory G. Hollows
                                              _____
26                                            **United States Magistrate**

27

28
                                         1