# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND,

        Plaintiff,                No. CIV S-04-1575 LKK GGH

vs.

CA. DEPT. OF DEVELOPMENTAL
SERVICES, et al.,

        Defendant(s).

_____/

        This case was referred to the Magistrate Judge on August 5, 2004.  Plaintiff Karuna Anand and defendants are now both represented by counsel.  Therefore, this matter is referred back to the District Judge, with the Magistrate Judge responsible for performing his usual discovery tasks associated with ordinary civil cases.  Henceforth, the caption on documents filed in this case shall be shown as CIV. NO. S-04-1575 LKK GGH.

Dated: 5/3/05

                                            /s/ Gregory G. Hollows

                                            _____
                                            GREGORY G. HOLLOWS
                                            United States Magistrate Judge

GGH:076
Anand1575.ref.wpd