UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

NO. CIV. S-04-1575 LKK/GGH

    Plaintiff,

  v.                                 O R D E R

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al.,

    Defendants.
_____/

The court is in receipt of plaintiff's counsel's request to continue the Status Conference currently set for August 8, 2005. Good cause appearing, the court ORDER as follows:

    1.  The Status Conference set for August 8, 2005 is CONTINUED to September 19, 2005 at 2:00 p.m.;

    2.  Plaintiff shall serve a copy of this order on defendants where service of process was effected; and

////

////

1

3. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: May 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT