UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al,

        Defendants.
_____/

NO. CIV.S-04-1575 LKK/GGH

O R D E R

On October 23, 2006, a telephonic conference was held with both parties. At that conference, the court ORDERED as follows:

1. All previously set dates are VACATED.
2. The discovery deadline is CONTINUED to March 30, 2007. Experts shall be disclosed forty-five (45) days prior.
3. The Law and Motion cut off date is CONTINUED to May 30, 2007.
4. The pretrial conference is hereby SET for September 4, 2007 at 1:30 p.m.

////

////

1

5.  Trial is SET for December 4, 2007.  Trial is expected to last ten days and will be a jury trial.

IT IS SO ORDERED.

DATED: October 23, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT