1 | **BILL LOCKYER**
**Attorney General of the State of California**
2 | **JACOB A. APPELSMITH**
**Senior Assistant Attorney General**
3 | **BARBARA J. SEIDMAN**
**Supervising Deputy Attorney General**
4 | **SCOTT H. WYCKOFF, State Bar No. 191367**
**Deputy Attorney General**
5 |  1300 I Street, Suite 125
 P.O. Box 944255
6 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-5335
7 |  Fax: (916) 324-5567

8 | **Attorneys for Defendants**
**California Department of**
9 | **Developmental Services,**
**Clifford Allenby, Deborah**
10 | **Meeker, Teresa Billeci,**
**Glen Barawed, Dan Sands,**
11 | **and Tony Campo**

12 |
**LAWRENCE J. KING State Bar No. 120805**
13 | **6 "C" Street**
**Petaluma, CA 94952**
14 | **Phone: (707) 769-9791**
**Fax:     (707) 769-9253**
15 |
**Attorney for Plaintiff**
16 | **Karuna Anand, M.D.**

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| KARUNA ANAND, M.D., | CASE NO. C-04-1575 LKK/GGH |
|---|---|
| Plaintiff, | JOINT STIPULATION REQUESTING THAT THE CURRENT DEADLINE FOR THE SUMMARY JUDGEMENT |
| vs. | HEARING BE EXTENDED TO JUNE 18, 2007, |
| CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al., | and |
| Defendants. | ORDER. |
|  | Trial Date: December 4, 2007. |

1

**JOINT STIPULATION REQUESTING THAT THE CURRENT DEADLINE**
**FOR THE SUMMARY JUDGEMENT HEARING BE EXTENDED.**

| | |
|---|---|
| 1 | The parties hereto, by and through their counsel of record, hereby jointly request that the current May 30, 2007 deadline for the summary judgment hearing be extended to June 18, 2007. In support of this request, the parties would show the Court the following: |

1. This state case is set for trial on December 4, 2007.

2. The current deadline for the summary judgement hearing is set for May 30, 2007.

3. Defendants noticed their motion for summary judgement on May 21, 2007, because this Court is not hearing motions on May 28, 2007. This Court is hearing summary judgment motions on June 18, 2007.

4. Plaintiff's counsel is not available on May 21, 2007. He will be out of state on that date and will not be returning until May 23, 2007.

5. The parties have agreed to participate in a mediation and wish to do so prior to the hearing on Defendants' motion for summary judgment.

Accordingly, the parties respectfully request that this Court extend the deadline for the summary judgment hearing to June 18, 2007.

**Dated: April 25, 2007**    **BILL LOCKYER**
**Attorney General of the State of California**

**JACOB A. APPELSMITH**
**Senior Assistant Attorney General**

**BARBARA J. SEIDMAN**
**Supervising Deputy Attorney General**

**By:** /s/ Scott H. Wycoff
**Scott H. Wyckoff**
**Deputy Attorney General**
**ATTORNEYS FOR DEFENDANTS**

**Dated: April 25, 2007**    **LAW OFFICES OF LAWRENCE J. KING**

**By:**   /s/ Lawrence J. King
**Lawrence J. King**
**ATTORNEY FOR PLAINTIFF**

**ORDER**

Having reviewed the joint stipulation submitted by the parties and finding good cause in support thereof, it is hereby ordered that the current May 21, 2007 deadline for the summary judgment in this case be and hereby is extended to June 18, 2007.

IT IS SO ORDERED.

Dated: April 30, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION REQUESTING THAT THE CURRENT DEADLINE
FOR THE SUMMARY JUDGEMENT HEARING BE EXTENDED.

# **PROOF OF SERVICE**

I, Sophie Moynihan, hereby declare that:

I am employed in the City of Petaluma, County of Sonoma, California. I am over eighteen years of age, and not a party to the within cause; my business address is 6 C Street, Petaluma, CA 94952.

On **May 11, 2005,** I served a true copy of the following named, attached document:

**PLAINTIFF'S REQUEST FOR A CONTINUANCE
OF THE CASE MANAGEMENT CONFERENCE**

by SENDING a true and correct copy thereof, enclosed in a sealed envelope, postage fully prepaid, via the United States Postal Service, addressed as follows:

**Office of the California Attorney General
1300 "I" Street
P.O. Box 944255
Sacramento, CA 94244-2550**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED at Petaluma, County of Sonoma, California on **May 11, 2005,** by:

_____
Sophie Moynihan