UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

                              NO. CIV.S-04-1575 LKK/GGH

        Plaintiff,

   v.

                              O R D E R

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al,

        Defendants.
                          /

     The court is in receipt of the parties' joint stipulation to continue the hearing on defendant's motion for summary judgment, currently scheduled for July 2, 2007. The court hereby CONTINUES the hearing to August 13, 2007 at 10:00 a.m. Plaintiff's opposition shall be due by July 2, 2007 and defendant's reply shall be due by July 16, 2007.

     The final pretrial conference, currently set for September 4, 2007, is hereby CONTINUED to September 17, 2007 at 2:00 p.m.

     IT IS SO ORDERED.

     DATED: June 7, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT