UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

        Plaintiff,

  v.

SCAG POWER EQUIPMENT, a corporation, and DOES 1 through 20, inclusive,

        Defendants.
_____/

NO. Civ.S-04-1575 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

Counsel have filed a joint Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

1

1 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4 IT IS SO ORDERED.
5 DATED: June 29, 2007.

```
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```