1 **EDMUND G. BROWN JR.**
**Attorney General of the State of California**
2 **JACOB A. APPELSMITH**
**Senior Assistant Attorney General**
3 **BARBARA J. SEIDMAN**
**Supervising Deputy Attorney General**
4 **SCOTT H. WYCKOFF, State Bar No. 191367**
**Deputy Attorney General**
5   **1300 I Street, Suite 125**
  **P.O. Box 944255**
6   **Sacramento, CA 94244-2550**
  **Telephone:  (916) 324-5335**
7   **Fax:  (916) 324-5567**

8 **Attorneys for Defendants**
**California Department of**
9 **Developmental Services,**
**Clifford Allenby, Deborah**
10 **Meeker, Teresa Billeci,**
**Glen Barawed, Dan Sands,**
11 **and Tony Campo**

12
**LAWRENCE J. KING State Bar No. 120805**
13 **6 "C" Street**
**Petaluma, CA 94952**
14 **Phone: (707) 769-9791**
**Fax:     (707) 769-9253**
15
**Attorney for Plaintiff**
16 **Karuna Anand, M.D.**

17                   **THE UNITED STATES DISTRICT COURT**

18                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARUNA ANAND, M.D.,** | CASE NO.  C-04-1575 LKK/GGH |
| Plaintiff, | |
| vs. | **JOINT REQUEST FOR ADDITIONAL TIME TO SUBMIT DISMISSAL PAPERS OR REQUEST NEW TRIAL DATE AND PROPOSED ORDER.** |
| **CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al.,** | |
| Defendants. | Trial Date: Not currently on calendar. |

     On June 27, 2007, the parties hereto notified the Court that they had reached a settlement of

1
**JOINT REQUEST FOR ADDITIONAL TIME TO SUBMIT**
**DISMISSAL PAPERS OR REQUEST NEW TRIAL DATE.**

this case. In order to allow the defendants to obtain necessary approvals, the parties requested that the Court give the parties sixty (60) days to submit to the Court the documents necessary to effectuate the settlement and a dismissal of this case, including a stipulation and proposed Court order restoring Plaintiff's service credits, upon the payment by DDS of Plaintiff's employee pension contributions. On June 29, 2007, the Court granted the parties' request and issued an order requiring the parties to submit the dispositional papers within sixty days of the Court's order.

The parties hereto, by and through their counsel of record, hereby request additional time, until November 1, 2007, to submit to the Court the documents necessary to effectuate the settlement and a dismissal of this case, or to request a new trial date. As explained below, there are two reasons for this request.

First, a critical term of the settlement agreement involves the restoration of Plaintiff's pension service credits. The parties are currently working with CalPERS, the state agency which would have to approve the restoration of Plaintiff's pension service credits, to determine what it will cost to restore Plaintiff's pension service credits. The parties original understanding of how that restoration might be accomplished has proven to be in error. Accordingly, the parties are working with CalPERS to determine how to effectuate the restoration of Plaintiff's service credits in a manner that meets the monetary limitations of the parties' settlement agreement.

Second, during the course of these negotiations, Plaintiff has suffered a severe medical crisis: Guillian Barre Syndrome.[1] She contracted a virus to which her immune system created an antibody that attacked her nerve endings, preventing the nerves from communicating messages from the brain to the her muscular system. Plaintiff lost all feeling and movement, first in her feet, then her legs, and eventually was paralyzed from the waist down. In order to halt the progression of this disease to her lungs, which would have been fatal, Plaintiff was admitted into the intensive care unit, where her entire blood supply was run through a machine over several hours to "wash" the antibody out

---

[1] *See* National Institute of Neurological Disorders & Strokes web site for more information concerning Guillian Barre Syndrome (http://www.ninds.nih.gov/disorders/gbs/gbs.htm).

of her system.  This "wash" was repeated several times over the period of days, until the progress of the disease was halted.  It is anticipated that Plaintiff will fully recover over a period of several months, but in the meantime she is taking powerful pain medications[2] that her treating physician has informed her interfere with her ability to make informed decisions.  Accordingly, any proposed changes in the essential terms of the settlement agreement that may be necessary to effectuate the restoration of her pension service credits will have to wait until her counsel obtains confirmation from her treating physician that she is no longer taking any medications that might interfere with her ability to make informed decisions concerning the settlement agreement.

For the foregoing reasons, the parties respectfully request that the Court extend until November 1, 2007, the deadline for the parties to submit the dispositional papers or request a new trial date.

**Dated: July 30, 2007**　　　　　　　　　　**EDMUND G. BROWN JR.**
　　　　　　　　　　　　　　　　　　　　　　**Attorney General of the State of California**

　　　　　　　　　　　　　　　　　　　　　　**JACOB A. APPELSMITH**
　　　　　　　　　　　　　　　　　　　　　　**Senior Assistant Attorney General**

　　　　　　　　　　　　　　　　　　　　　　**BARBARA J. SEIDMAN**
　　　　　　　　　　　　　　　　　　　　　　**Supervising Deputy Attorney General**

　　　　　　　　　　　　　　　　　　　　**By:**　/s/ Scott H. Wyckoff
　　　　　　　　　　　　　　　　　　　　　　**Scott H. Wyckoff**
　　　　　　　　　　　　　　　　　　　　　　**Deputy Attorney General**
　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

**Dated: July 30, 2007**　　　　　　　　　　**LAW OFFICES OF LAWRENCE J. KING**

　　　　　　　　　　　　　　　　　　　　**By:**　/s/ Lawrence J. King
　　　　　　　　　　　　　　　　　　　　　　**Lawrence J. King**
　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

---

[2]　　Neorontin and Vicodin.

**[PROPOSED] ORDER**

Having reviewed the joint request submitted by the parties and finding good cause in support thereof, it is hereby ordered that the deadline for the parties to file the dispositional papers in this case or to request a new trial date be extended to November 1, 2007.

IT IS SO ORDERED.

Dated: July 30, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT