UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

                                         NO. CIV.S-04-1575 LKK/GGH

    Plaintiff,

  v.

                                         O R D E R

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al,

    Defendants.
                            /

    A status conference is hereby SET for December 3, 2007 at 10:30 AM.

    IT IS SO ORDERED.

    DATED: November 13, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1