1  **EDMUND G. BROWN JR.**
   **Attorney General of the State of California**
2  **JACOB A. APPELSMITH**
   **Senior Assistant Attorney General**
3  **BARBARA J. SEIDMAN**
   **Supervising Deputy Attorney General**
4  **SCOTT H. WYCKOFF, State Bar No. 191367**
   **Deputy Attorney General**
5   **1300 I Street, Suite 125**
    **P.O. Box 944255**
6   **Sacramento, CA 94244-2550**
    **Telephone: (916) 324-5335**
7   **Fax: (916) 324-5567**

8  **Attorneys for Defendants**
   **California Department of**
9  **Developmental Services,**
   **Clifford Allenby, Deborah**
10 **Meeker, Teresa Billeci,**
   **Glen Barawed, Dan Sands,**
11 **and Tony Campo**

12

13 **LAWRENCE J. KING State Bar No. 120805**
   **6 "C" Street**
   **Petaluma, CA 94952**
14 **Phone: (707) 769-9791**
   **Fax:     (707) 769-9253**
15
   **Attorney for Plaintiff**
16 **Karuna Anand, M.D.**

17                **THE UNITED STATES DISTRICT COURT**

18              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19

| KARUNA ANAND, M.D., | § | CASE NO. C-04-1575 LKK/GGH |
|---|---|---|
| Plaintiff, | § § | |
| vs. | § § | **JOINT STIPULATION** |
| CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al., | § § § | and |
| Defendants. | § § § § | **ORDER**. |

The parties hereto, by and through their counsel of record, hereby submit for the Court's approval the following joint stipulation.

Whereas, the parties made a good faith effort to settle this case, but due to circumstances beyond their control (i.e. CalPers reticence to restore Plaintiff's service credit unless she were reinstated and paid back pay, even if the parties made the contributions to the CalPers fund that would be made if she were reinstated and paid back pay);

Whereas, there currently are two cases filed, one in this Court and one in Sutter County Superior Court, based upon the same set of facts, due to the fact that some of the claims asserted in the Sutter County action could not be brought in this case as long as the defendants asserted the 11th Amendment as a defense to those claims;

Whereas, the parties have met and conferred and agreed that to avoid two suits and to proceed in the most efficient manner, it would serve everyone's interest to consolidate the federal and state cases;

Therefore, the parties stipulate as follows:

1. Plaintiff will file a request for dismissal in the Sutter County Superior Court case,

2. Defendants will withdraw their current motion for summary judgment, without waiving their right to file a subsequent motion;

3. Plaintiff will amend her complaint in this case to add claims and parties currently in the state case but not the federal case, with the express agreement that DDS will not raise 11th amendment immunity to the claims currently brought in the state case against DDS;

4. Defendants shall be permitted to file a new summary judgment motion raising any argument, except 11th Amendment immunity;

5. The parties jointly request that this Court set this case for a new trial, scheduled to enable the parties to complete whatever discovery may be necessary in light of Plaintiff's amended complaint, and to file and defend against the anticipated motion for summary judgment and, if \\

\\

\\

\\

\\

2
**JOINT STIPULATION**

necessary, prepare this case for trial.

**RESPECTFULLY SUBMITTED,**

Dated: November 13, 2007

**EDMUND G. BROWN JR.**
**Attorney General of the State of California**

**JACOB A. APPELSMITH**
**Senior Assistant Attorney General**

**BARBARA J. SEIDMAN**
**Supervising Deputy Attorney General**

**By:** /s/ Scott H. Wycoff
**Scott H. Wyckoff**
**Deputy Attorney General**
**ATTORNEYS FOR DEFENDANTS**

Dated: November 13, 2007

**LAW OFFICES OF LAWRENCE J. KING**

**By:** /s/ Lawrence J. King
**Lawrence J. King**
**ATTORNEY FOR PLAINTIFF**

### ORDER

Having reviewed the joint stipulation submitted by the parties and finding good cause in support thereof, the Court hereby APPROVES the parties' stipulation and will address the parties' request for a new trial schedule at the December 3, 2007 Case Management Conference.

IT IS SO ORDERED.

Dated: November 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT