EDMUND G. BROWN JR.
Attorney General of the State of California
ALICIA M.B. FOWLER
Senior Assistant Attorney General
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5335
 Fax: (916) 324-5567
 Email: Scott.Wyckoff@doj.ca.gov

Attorneys for Defendants California Department of Developmental Services, Terri Delgadillo, Debbie Meeker, Theresa Billeci, Glen Barawed, Dan Sands, and Tony Campo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARUNA ANAND, M.D.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CLIFFORD ALLENBY, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO. CIV.S-04-1575 LKK GGH<br><br>**REQUEST TO EXCEED PAGE LIMITATION FOR LEGAL MEMORANDA IN SUPPORT OF MOTION**<br><br>Hearing:　　October 6, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　4<br>Judge:　　　Hon. Lawrence K. Karlton |

   Defendants California Department of Developmental Services, Terri Delgadillo, Debbie Meeker, Theresa Billeci, Glen Barawed, Dan Sands, and Tony Campo hereby seek permission to exceed the page limitation on their points and authorities in support of their motion for summary judgment or, alternatively, summary adjudication of claims. This request is based on the following.

/ / /

Request for Permission to Exceed Page Limitation

-1-

1. This is an employment-related action. In the Second Amended Complaint, plaintiff makes claims against her former employer, supervisors and coworkers under Title VII, the California Fair Employment and Housing Act (FEHA), California state law, and common law. In all, plaintiff has named seven defendants and asserted nine causes of action. See Second Amended Complaint, 1:25-3:6 and 7:9 - 12:6.[1] All but two of the causes of action are asserted against all of the defendants. See Second Amended Complaint, 8:17 - 12:6.

2. Several of plaintiff's causes of action have multiple theories of liability. See, e.g., Second Amended Complaint, 7:9-24 [illegal discrimination and harassment under Title VII against the Department of Development Services based on gender and national origin] and 8:17-9:4 [illegal discrimination and harassment under the FEHA against all defendants based on gender and national origin].

3. Under the Court's Status (Pretrial Scheduling) Conference Order of January 8, 2008, memoranda of law in support of a motion may not exceed 30 pages. See Order on Status (Pretrial Scheduling) Conference, 3:22-16.

4. Because of the number of legal theories raised by plaintiff's Second Amended Complaint, defendants must exceed the 30-page limitation for their legal memorandum in support of their motion for summary judgment or, alternatively, summary adjudication of claims. Defendants' legal memorandum is 46 pages long.

For the above reasons, defendants request permission to exceed the page limitation for legal memoranda in support of their motion for summary judgment or, alternatively, summary adjudication of claims.

Dated: September 5, 2008

/ / /
/ / /
/ / /
/ / /
/ / /

---

1. The Second Amended Complaint is attached to this request as Exhibit A.

Request for Permission to Exceed Page Limitation

-2-

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

ALICIA M.B. FOWLER
Senior Assistant Attorney General


 /S/  Scott H. Wyckoff
SCOTT H. WYCKOFF
Supervising Deputy Attorney General

Attorneys for Defendants California Department of Developmental Services, Terri Delgadillo, Debbie Meeker, Theresa Billeci, Glen Barawed, Dan Sands, and Tony Campo

GOOD CAUSE APPEARING, defendants request to exceed the 30-page limitation for legal memoranda is granted. IT IS SO ORDERED.

DATED: September 8, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Request for Permission to Exceed Page Limitation
-3-