UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

NO. CIV.S-04-1575 LKK/GGH

    Plaintiff,

    v.

O R D E R

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al,

    Defendants.
_____/

    The court is in receipt of defendants' request for a status conference, in light of the plaintiff's purported repudiation of the settlement agreement. Accordingly, a status conference is SET for March 30, 2009 at 11:30 AM.

    IT IS SO ORDERED.

    DATED:  January 13, 2009.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT