UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

          NO. CIV.S-04-1575 LKK/GGH

    Plaintiff,

  v.

O R D E R

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al,

    Defendants.
                      /

Pending before the court is defendant's motion to enforce a settlement agreement, currently set to be heard on May 8, 2009. The parties' counsel have contacted the court and advised that plaintiff's counsel is unable to appear due to a trial scheduled that date in another case. Although the parties have not filed a stipulation with the court for a continuance, counsel for both parties have communicated with the court that they agree to a continuance of the hearing to June 1, 2009. Good cause appearing, the hearing is CONTINUED to June 1, 2009 at 10:00 AM.

    IT IS SO ORDERED.

    DATED: May 7, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1