EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5335
  Fax: (916) 324-5567
  E-mail: Scott.Wyckoff@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARUNA ANAND, M.D.,** | 2:04cv-01575 LKK GGH |
| Plaintiff, | **PARTIES' JOINT STIPULATED REQUEST FOR CONTINUANCE OF STATUS CONFERENCE; ORDER THEREON** |
| **v.** | Date:        June 1, 2009 |
| | Time:       10:00 a.m. |
| **CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, an agency of the State of California, NORM KRAMER, an individual, JIM ROGERS, an individual, DEBBIE MEEKER, an individual, THERESA BELLECI, an individual, GLEN BARAWED, an individual, DAN SANDS, an individual, TONY CAMPOS, an individual,** | Courtroom:  4 |
| | Judge       The Honorable Lawrence K. Karlton |
| | Trial Date  None |
| | Action Filed:  August 5, 2004 |
| Defendants. | |

In response to the Court's Order of May 7, 2009, continuing the hearing on Defendant's Motion to Enforce Settlement Agreement to June 1, 2009, at 10:00 a.m., the parties, by and through their respective counsel, submit this Joint Stipulated Request for Continuance of Status Conference based on the following:

1. On May 4, 2009, the defendants moved the Court for an order enforcing the settlement between defendants and plaintiff;

1

PDF created with pdfFactory trial version www.pdffactory.com

2. Pursuant to the Court's Order (Document 111) dated May 7, 2009, the hearing date on Defendant's Motion to Enforce Settlement is scheduled for June 1, 2009 at 10:00 a.m.;

3. The parties wish to inform the Court that they are in agreement and wish to continue the presently scheduled Status Conference on May 26, 2009, to August 10, 2009, or a date and time thereafter, of the Court's choosing, and as is set forth below, in the [Proposed] Order.


Dated:__May 19, 2009_____          ___/s/Scott H. Wyckoff_____
                                    SCOTT H. WYCKOFF
                                    Supervising Deputy Attorney General
                                    Attorneys for Defendants



Dates:___May 19, 2009_____         ____/s/Gloria Martinez-Senftner_____
                                    GLORIA MARTINEZ-SENFTNER
                                    Attorney for Plaintiff


**THE MAY 26, 2009, STATUS CONFERENCE IS HEREBY CONTINUED TO AUGUST 24, 2009, AT 11:00 A.M., BEFORE THE HONORABLE LAWRENCE K. KARLTON .**

    **IT IS SO ORDERED.**

    **DATED: May 19, 2009.**


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

1

2 SA2005100226
30698625.doc

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com