1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  SCOTT H. WYCKOFF, State Bar No. 191367
   Supervising Deputy Attorney General
3   1300 I Street, Suite 125
    P.O. Box 944255
4   Sacramento, CA 94244-2550
    Telephone: (916) 324-5335
5   Fax: (916) 324-5567
    E-mail: Scott.Wyckoff@doj.ca.gov
6  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARUNA ANAND, M.D.,** | 2:04cv-01575 LKK GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, an agency of the State of California, NORM KRAMER, an individual, JIM ROGERS, an individual, DEBBIE MEEKER, an individual, THERESA BELLECI, an individual, GLEN BARAWED, an individual, DAN SANDS, an individual, TONY CAMPOS, an individual,** | |
| Defendants. | |

An evidentiary hearing on defendants' motion to enforce the settlement agreement took place on July 2, 2009, the Honorable Lawrence K. Karlton, presiding. Supervising Deputy Attorney General Scott Wyckoff appeared for the defendants and Gloria Martinez-Seftner, Esq., appeared for plaintiff, Dr. Karuna Anand. The Court, having considered the pleadings and papers in this action, and having received and considered documents presented by the parties and testimony of witnesses, orders as follows:

1

[Proposed] Order Granting Defendants' Motion to Enforce Settlement Agreement (2:04cv-01575 LKK GGH)

PDF created with pdfFactory trial version www.pdffactory.com

1. Lawrence J. King, Esq., Dr. Anand's attorney in September 2008, had express authorization to enter into a settlement upon the terms set forth in the Settlement Agreement and Release of Claims, introduced at the hearing as Defendants' Exhibit E, a copy of which is attached to this Order.

2. The terms of the settlement agreement as expressed in Defendants' Exhibit E and entered into by the parties are to be enforced in their entirety.

3. Plaintiff is directed to tender an executed Settlement Agreement and Release of Claims to counsel for the defendants.

4. Defendants' motion to enforce the settlement agreement is GRANTED.

IT IS SO ORDERED.

Dated: This 8th day of July, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SA2005100226
30801105.doc

PDF created with pdfFactory trial version www.pdffactory.com