UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARUNA ANAND, M.D.,

        NO. CIV.S-04-1575 LKK/GGH

    Plaintiff,

  v.

O R D E R

CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al,

    Defendants.
_____/

    This case is currently scheduled for a status conference on Monday, August 24, 2009 at 11:00 a.m. The parties have jointly requested that this conference be continued at least 60 days. Accordingly, the court CONTINUES the status conference until October 26, 2009 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: August 20, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1