1 | EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2 | SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
3 | 1300 I Street, Suite 125
P.O. Box 944255
4 | Sacramento, CA 94244-2550
Telephone: (916) 324-5335
5 | Fax: (916) 324-5567
E-mail: Scott.Wyckoff@doj.ca.gov
6 | *Attorneys for Defendants*
*Department of Development Services, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARUNA ANAND, M.D.,** | 2:04cv-01575 LKK GGH |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | Date: July 6, 2010<br>Time: 10:00 a.m. |
| **CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, an agency of the State of California, NORM KRAMER, an individual, JIM ROGERS, an individual, DEBBIE MEEKER, an individual, THERESA BELLECI, an individual, GLEN BARAWED, an individual, DAN SANDS, an individual, TONY CAMPOS, an individual,** | Courtroom: 4<br>Judge The Honorable Lawrence K. Karlton<br>Trial Date None Set<br>Action Filed: August 5, 2004 |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be dismissed pursuant to Fed. Rule Civ. Pro. 41(a)(1)(A)(ii)

Dated: June 22, 2010      */s/Gloria Martinez-Senftner*
**Gloria Martinez-Senftner**
LAW OFFICES OF GLORIA P. MARTINEZ-SENFTNER
*Attorney for Plaintiff*

*///*

1

Dated: June 22, 2010      */s/Scott H. Wyckoff*
                          **Scott H. Wyckoff**
                          Supervising Deputy Attorney General
                          *Attorneys for Defendants, Department of Developmental Services*

**IT IS SO ORDERED.**

Dated: June 23, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SA2005100226
10584364.doc